**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7214**

JAMEY LAMONT WILKINS,

            Plaintiff - Appellant,

      v.

MR. WADDELL; MR. WARREN; MR. FOX; SERGEANT LEE,

            Defendants - Appellees,

      and

MR. VAUGHN; SERGEANT MINOR; SERGEANT ROSS,

            Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, Chief District Judge.  (5:13-ct-03272-D)

Submitted:  October 15, 2015          Decided:  October 20, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jamey Lamont Wilkins, Appellant Pro Se.  Donna Elizabeth Tanner, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamey Lamont Wilkins seeks to appeal the district court's July 18, 2014, order dismissing one of the claims and three of the Defendants in his 42 U.S.C. § 1983 (2012) civil rights action, the court's February 11, 2015, order denying his motions for reconsideration and to appoint counsel, and the magistrate judge's April 17, 2015, order denying his motions to appoint counsel, to compel, to complete discovery, and for temporary transfer. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). The orders Wilkins seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED